UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12CR01916-JAH |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO DEFENDANT |
| ALICIA TORRES-MADRIL (2), | ) | ALICIA TORRES-MADRIL (2) |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment only as to Defendant Two, ALICIA TORRES-MADRIL (2), in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 8, 2012.

HONORABLE JOHN A. HOUSTON
United States District Judge